### HULSE, administrator, *et al.* v. STARKE *et al.*

ATKINSON, J. 1. This is an action at law on a contract, to recover an amount alleged to be due by the defendant upon demands based on performance of the contract by plaintiffs. The Court of Appeals, and not the Supreme Court, has jurisdiction. The prayer that the defendant be required to produce certain documents on the trial does not convert the case into an equitable action.

2. The case, being of the character indicated in the preceding note, will

be transferred to the Court of Appeals for decision. See *Burress* v. *Montgomery*, 148 *Ga.* 548 (97 S. E. 538).

> *Transferred to Court of Appeals. All the Justices concur.*
> No. 2404. JANUARY 12, 1922.

Writ of error; from Richmond superior court.

*Isaac S. Peebles Jr.*, for plaintiffs in error.

*C. H. & R. S. Cohen,* contra.